

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00352-CV

| | | |
|---|---|---|
| In the Interest of E.H. and B.H., children | § | From the 325th District Court |
| | § | of Tarrant County (325-481766-10) |
| | § | August 6, 2015 |
| | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Sue Walker_____
  Justice Sue Walker